UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD BADAR NAVEED, et al.,<br><br>            Plaintiffs,<br><br>       v.<br><br>CITY OF SAN JOSE, et al.,<br><br>            Defendants. | Case No. 15-cv-05298-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re:  Docket No. 16)** |

Based on the parties' joint case management statement[1] and today's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is March 17, 2016.

IT IS FURTHER ORDERED that the parties participate in mediation.  The parties shall contact the ADR Unit within 14 days to make the necessary arrangements and meet with a mediator within 120 days.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Fact Discovery Cut-Off ............................................................................... November 11, 2016

Disclosure of Experts and Reports ................................................................December 2, 2016

---

[1] *See* Docket No. 16.

Case No. 15-cv-05298-PSG
CASE SCHEDULING ORDER

1

| | |
|---|---:|
| Expert Discovery Cut-Off | January 27, 2017 |
| Dispositive Motions Filing Deadline | December 22, 2016 |
| Dispositive Motions Hearing | February 7, 2017 at 10:00 AM |
| Pre-Trial Conference | March 7, 2017 at 10:00 AM |
| Jury Trial | March 27, 2017 at 9:30 AM |

**SO ORDERED.**

Dated: January 19, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge