UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD BADAR NAVEED, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SAN JOSE, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-05298-EDL<br><br>**ORDER SETTING DEADLINE FOR RESPONSIVE PLEADING AND CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 33 |

On May 23, 2016, Judge Grewal issued an Order granting in part and denying in part a Motion to Dismiss Plaintiffs' first amended complaint, and allowed leave to amend by no later than June 14, 2016. Dkt. No. 31. The case was reassigned to this Court upon Judge Grewal's resignation, and the trial and related dates were vacated. Dkt. No. 29, 32. On June 13, Plaintiffs filed a Notice of Non-Amendment, stating that they will proceed with the surviving claims identified in Section IV of Judge Grewal's Order and will not amend the dismissed claims. Dkt. No. 33.

Defendants are hereby Ordered to respond to the First Amended Complaint, limited to the surviving claims identified in Section IV of Judge Grewal's Order, by no later than June 28, 2016. The parties shall file a Joint Case Management Conference Statement by no later than July 19, 2016. A Case Management Conference will be held on July 26, 2016 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: June 14, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge