Steven M. Berki, SBN 245426
BUSTAMANTE & GAGLIASSO, P.C.
River Park Towers
333 W. San Carlos St., 8th Floor,
San Jose, California 95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
SBerki@boglawyers.com

Attorney for Plaintiffs

RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Assistant City Attorney (93249)
ARDELL JOHNSON, Chief Deputy City Attorney (95340)
ALAN R. LIPTON, Sr. Deputy City Attorney (95177)
CLIFFORD S. GREENBERG, Sr. Deputy City Attorney (122612)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California  95113-1905
Telephone Number:  (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

Attorneys for Defendants, CITY OF SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD BADAR NAVEED, an individual; HUMZA AHMAD, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, a municipal corporation; SAN JOSE POLICE DEPARTMENT; Officer Jonathan Koenig (4208), an individual; Officer Edgar Nava (4204), an individual; Sgt. Doug Tran (3269), an individual; Officer Elizabeth Ornelas (4201), an individual; et al., and DOES, inclusive,<br><br>Defendant(s). | Case Number:  15-cv-05298 EDL<br><br>**STIPULATION TO CONTINUE DISCOVERY DEADLINES; ORDER AS MODIFIED** |

**STIPULATION**

The parties to this Stipulation agree and request as follows:

1

1. Due to medical issues on the part of Defendants' counsel, the parties have not completed discovery in this case, and agree that this matter may benefit from further settlement discussions before completing discovery.  A mediator has been appointed but said medical conditions also prevented the mediation from taking place.  Another attorney for Defendants has been assigned to work on completing these issues.

2. Currently, the fact discovery cutoff is set for February 14, 2017

3. Expert disclosures are due March 7, 2017, with rebuttal disclosures due March 21, 2017.  Expert discovery closes April 25, 2017.

4. July 11, 2017 is the date set for trial in this matter.

5. As stated, the parties believe that mediation may prove beneficial, especially if conducted prior to the expense of completing discovery.  Therefore, the parties request an extension of the discovery deadline until March 31, 2017, in order to give the parties time to set up and complete a mediation in early February.

6. The parties request that the expert disclosure deadline be extended until April 28, 2017 and that rebuttal disclosures occur on May 19, 2017.

7. This extension will not affect the Trial date or Pretrial Conference dates, already scheduled for July 11, 2017 and June 13, 2017, respectively.

**IT IS SO STIPULATED.**

Dated: January 24, 2017                                BUSTAMANTE & GAGLIASSO, P.C.

/s/ Steven M. Berki, Esq.
Steven M. Berki

Counsel for Plaintiffs

Dated:  January 25, 2017                               RICHARD DOYLE, City Attorney

By:  /s/ *Clifford S. Greenberg*
CLIFFORD S. GREENBERG
Senior Deputy City Attorney

2

Attorneys for Defendants

**ORDER AS MODIFIED**

Pursuant to the foregoing stipulation of the Parties and good cause appearing therefore, the Court orders as follows:

| Event | Previous Date | New Date |
|---|---|---|
| Non- Expert Discovery Cut-Off | **February 14, 2017** | **March 31, 2017** |
| Expert Discovery Disclosure | **March 7, 2017** | **April 12, 2017** |
| Rebuttal Expert Disclosure | **March 21, 2017** | **April 26, 2017** |
| Expert Discovery Cutoff | **April 25, 2017** | **May 5, 2017** |

**The parties have informed the Court that no motions for summary judgment will be filed in this case.  All other case deadlines remain the same.**

**IT IS SO ORDERED.**

Dated:  January 25, 2017

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge