1 | Steven M. Berki, SBN 245426
BUSTAMANTE & GAGLIASSO, P.C.
River Park Towers
333 W. San Carlos St., 8th Floor,
San Jose, California 95110
Telephone: (408) 977-1911
Facsimile: (408) 977-0746
SBerki@boglawyers.com

Attorney for Plaintiffs

RICHARD DOYLE, City Attorney (SBN 88625)
NORA FRIMANN, Assistant City Attorney (SBN 93249)
ARDELL JOHNSON, Chief Deputy City Attorney (SBN 95340)
ALAN R. LIPTON, Senior Deputy City Attorney (SBN 95177)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for DEFENDANTS,
CITY OF SAN JOSE, et al.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD BADAR NAVEED, et. al., <br><br> Plaintiff(s), <br> vs. <br><br> CITY OF SAN JOSE, et. al., <br><br> Defendant(s). | Case No. 5:15-cv-05298 EDL <br><br> **SECOND STIPULATED DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)** <br><br> Complaint Filed: July 10, 2015 |

//

//

//

IT IS HEREBY STIPULATED by and between the plaintiffs Mohammad Badar Naveed and Humza Ahmad, and all remaining defendants, including defendants City of San Jose, Officer Wallace, Officer Tran, and Officer Ornelas ("City Defendants") that in response to the settlement obtained and after having met and conferred, Plaintiffs' Complaint and each cause of action, against each remaining defendant, should be dismissed with prejudice against all remaining defendants, including City Defendants named above.

The parties thereby agree as follows:

Plaintiffs' claims are dismissed with prejudice against all defendants, including City Defendants. This Stipulation and Dismissal is brought pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

**IT IS SO STIPULATED**.

Dated: May 24, 2017  BUSTAMANTE & GAGLIASSO, APC

_____/S/_____
STEVEN M. BERKI, co-counsel of record for Plaintiffs

Dated: May 24, 2017  RICHARD DOYLE, City Attorney

/s/ Alan Lipton, Esq.
Alan R. Lipton
Senior Deputy City Attorney
Attorneys for Defendants

**[PROPOSED]** ORDER

IT IS HEREBY ORDERED THAT the stipulation is GRANTED.

Plaintiffs' Complaint is dismissed with prejudice.

SO ORDERED,

Dated: May 25, 2017

*Elizabeth D. Laporte*
Hon. Elizabeth D. Laporte
United States Magistrate Judge